UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC M. KING | No. 23 CR 143<br><br>Judge Elaine E. Bucklo |

**JOINT STATUS REPORT**

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and attorney PIYUSH CHANDRA, on behalf of defendant ERIC M. KING, jointly file this status report and state as follows:

1. On March 9, 2023, a grand jury returned an indictment charging defendant ERIC M. KING with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). R. 1.

2. Defendant is currently being monitored by U.S. Pretrial Services. Pretrial Services has not reported any issues since the last status report was submitted on September 30, 2024. R. 64. Defendant remains gainfully employed.

3. On September 7, 2023, defendant filed a motion to dismiss the indictment under *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). R. 42. On November 17, 2023, this Court denied defendant's motion to dismiss the indictment. R. 51.

4. Defendant requested a draft plea agreement. The government tendered a draft plea agreement on April 15, 2024. The government tendered an updated draft

plea agreement, that had been approved by undersigned counsel's supervisory chain, on May 3, 2024.

5. Defendant has reviewed discovery and will not be filing a motion to suppress regarding the recovery of the firearm in this case. The parties are in plea discussions and request the Court set a status hearing in approximately 45 days to allow for further plea discussions.

6. The parties agree that time should be excluded until the next status hearing, under Title 18, United States Code, Sections (7)(A), (7)(B)(iv), in the interest of justice and to allow the parties to review discovery, file pretrial motions, and engage in plea negotiations.

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

By:   /s/ *Anthony Chmura*
       ANTHONY CHMURA
       BETH E. PALMER
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 886-0667

Dated: December 16, 2024